# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

MICHAEL ABEL,

            Plaintiff,

v.

STEPHANI DAYTON,

            Defendants.

Civil No. 17-720 (JRT/SER)

**ORDER**

Michael Abel, Reg. No. 83078, Northern State Correctional Facility, 2559 Glen Road, Newport, VT 05855, *pro se* plaintiff.

A Report and Recommendation was filed by United States Magistrate Judge Steven E. Rau, dated May 15, 2018 [Doc. No. 37]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 31, 2018
at Minneapolis, Minnesota

            s/John R. Tunheim
            JOHN R. TUNHEIM
            Chief Judge
            United States District Court